# U.S. BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: Jeffrey and Sunnie Longwell | ) | Case No: 18-41862 |
| | ) | Judge: Russ Kendig |
| | ) | Chapter 13 |
| Debtors | ) | **AMENDED CERTIFICATE OF SERVICE** |
| | ) | |

Now comes the Debtor by and through counsel, to certify that the Chapter 13 Plan has been served upon the following by mailing a copy by certified U.S. mail on the 5th day of March, 2019.

**Creditor:**
DBS Financial
2823 Gilchrist Road
Akron, OH 44305

**Statutory Agent:**
Samuel Snellenberger II
2823 Gilchrist Road
Akron, OH 44305

/s/ Eric Ashman
Eric Ashman (0077386)
Attorney for Debtor
26 Market St, Ste 1001
Youngstown, OH 44503
(330) 746-7427